

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00520-CR

Fabian **RODRIGUEZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1121-CR-A
Honorable Daniel H. Mills, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 15, 2016.

Luz Elena D. Chapa, Justice

---

[1] Senior Judge sitting by appointment